UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
At Albuquerque NM

SEP 1 3 2011

MATTHEW J. DYKMAN
CLERK

LORRAINE BARELA,

    Plaintiff,

v.                               CIV. NO. 11-632 MCA/ACT

SOCIAL SECURITY
ADMINISTRATION,

    Defendant.

## ORDER

THIS MATTER is before the Court on the proposed findings and recommended disposition of the United States Magistrate Judge, filed August 8, 2011 [Doc. 8]. No objections were filed. This Court has conducted a review of this matter and now determines that the proposed findings and recommended disposition should be adopted.

IT IS THEREFORE HEREBY ORDERED that the proposed findings and recommended disposition of the United States Magistrate Judge be and hereby are adopted by the Court.

IT IS FURTHER ORDERED that Plaintiff's Motion to Proceed *in forma pauperis* with Financial Affidavit be and hereby is denied.

So Ordered this 13th day of September, 2011.

                                            M. CHRISTINA ARMIJO
                                            UNITED STATES DISTRICT JUDGE