IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LORRAINE BARELA,

      Plaintiff,

v.                                                                              Civ. No. 11-632 MCA/GBW

CAROLYN W. COLVIN, *Acting*
*Commissioner of the Social Security*
*Administration*,

      Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter comes before the Court on Plaintiff's Motion for Attorney's Fees pursuant to 42 U.S.C. § 406(b). *Docs. 31, 32*. The Commissioner did not assert a position with regard to the reasonableness of the requested reward, but noted the Court's duty to review the request to ensure that the award is reasonable. *Doc. 34*.

On June 27, 2014, Judge Wormuth issued his Proposed Findings and Recommended Disposition (PFRD). *Doc. 37*. He found Plaintiff's requested fees to be reasonable, and recommended awarding fees in the amount of $17,424.73 and requiring Plaintiff's attorney to reimburse Plaintiff those fees previously awarded under the Equal Access to Justice Act, in the amount of $6,958.57.

Objections to the PFRD were due on July 14, 2014.  Neither party has filed objections and, upon review of the record, I concur with Judge Wormuth's findings and recommendation.

Wherefore, IT IS HEREBY ORDERED that Judge Wormuth's Proposed Findings and Recommended Disposition, *doc. 37*, is ADOPTED.  Plaintiff's Motion for Attorney's Fees pursuant to 42 U.S.C. § 406(b), (*docs. 31, 32*), is GRANTED.


_____
CHIEF UNITED STATES DISTRICT JUDGE